*Case 10-10667*

| | | | | | | |
|---|---|---|---|---|---|---|
| ERIC LAPLUME | | | | Employee ID: LAP | | |
| | | | | Social Sec # xxx-xx-6076 | | |
| | This Check | Year to Date | | Hours | Rate | Total |
| Gross | 746.34 | 14,501.06 | Regular | 53.31 | 14.00 | 746.34 |
| Fed Income | -79.76 | -1,636.19 | | | | |
| Soc Sec | -46.27 | -899.05 | | | | |
| Medicare | -10.82 | -210.27 | | | | |
| State | -22.19 | -456.65 | | | | |

```
U.S.BANKRUPTCY.COURT
DIST.OF.VERMONT.FILED
   24MAY'10AM9:54
```

| | | | | | |
|---|---|---|---|---|---|
| Net Check: | $587.30 | Total | 53.31 | | 746.34 |
| Pay Period Beginning: May 3, 2010 | | | Check Date: 5/11/10 | | |
| Pay Period Ending: May 9, 2010 | | | Weeks in Pay Period: 1 | | |

Check Number: 8908

~~May 11, 2010~~

587.30

Five Hundred Eighty-Seven and 30/100 Dollars

ERIC LAPLUME
908 ELM STREET
DERBY LINE, VT 05830

| | | | | | | |
|---|---|---|---|---|---|---|
| ERIC LAPLUME | | | | Employee ID: LAP | | |
| | | | | Social Sec # xxx-xx-6076 | | |
| | This Check | Year to Date | | Hours | Rate | Total |
| Gross | 746.34 | 14,501.06 | Regular | 53.31 | 14.00 | 746.34 |
| Fed Income | -79.76 | -1,636.19 | | | | |
| Soc Sec | -46.27 | -899.05 | | | | |
| Medicare | -10.82 | -210.27 | | | | |
| State | -22.19 | -456.65 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Net Check: | $587.30 | Total | 53.31 | | 746.34 |
| Pay Period Beginning: May 3, 2010 | | | Check Date: 5/11/10 | | |
| Pay Period Ending: May 9, 2010 | | | Weeks in Pay Period: 1 | | |

Check Number:8908

| | This Check | Year to Date | | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| ERIC LAPLUME | | | | Employee ID: LAP | | |
| | | | | Social Sec # xxx-xx-6076 | | |
| Gross | 786.94 | 12,997.04 | Regular | 56.21 | 14.00 | 786.94 |
| Fed Income | -88.20 | -1,474.97 | | | | |
| Soc Sec | -48.79 | -805.80 | | | | |
| Medicare | -11.41 | -188.46 | | | | |
| State | -24.40 | -411.86 | | | | |

Net Check: $614.14      Total      56.21              786.94

Pay Period Beginning: Apr 19, 2010         Check Date: 4/27/10
Pay Period Ending: Apr 25, 2010           Weeks in Pay Period: 1

Check Number:   8886                Apr 27, 2010

614.14

Six Hundred Fourteen and 14/100 Dollars

ERIC LAPLUME
908 ELM STREET
DERBY LINE, VT  05830

ERIC LAPLUME                     Employee ID: LAP
                                 Social Sec # xxx-xx-6076

| | This Check | Year to Date | | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Gross | 786.94 | 12,997.04 | Regular | 56.21 | 14.00 | 786.94 |
| Fed Income | -88.20 | -1,474.97 | | | | |
| Soc Sec | -48.79 | -805.80 | | | | |
| Medicare | -11.41 | -188.46 | | | | |
| State | -24.40 | -411.86 | | | | |

Net Check:       $614.14            Total     56.21              786.94
    Pay Period Beginning: Apr 19, 2010         Check Date: 4/27/10
    Pay Period Ending: Apr 25, 2010           Weeks in Pay Period: 1
                     Check Number:8886

ERIC LAPLUME

Employee ID: LAP
Social Sec # xxx-xx-6076

|        | This Check | Year to Date |         | Hours | Rate  | Total  |
|--------|-----------:|-------------:|---------|------:|------:|-------:|
| Gross  |     688.10 |    15,189.16 | Regular | 49.15 | 14.00 | 688.10 |
| Fed Income | -71.03 |    -1,707.22 |         |       |       |        |
| Soc Sec    | -42.66 |      -941.71 |         |       |       |        |
| Medicare   |  -9.98 |      -220.25 |         |       |       |        |
| State      | -20.13 |      -476.78 |         |       |       |        |

Net Check: $544.30    Total    49.15    688.10

Pay Period Beginning: May 10, 2010
Pay Period Ending: May 16, 2010

Check Date: 5/18/10
Weeks in Pay Period: 1

Check Number: 8914

May 18, 2010

544.30

Five Hundred Forty-Four and 30/100 Dollars

ERIC LAPLUME
908 ELM STREET
DERBY LINE, VT 05830

ERIC LAPLUME

Employee ID: LAP
Social Sec # xxx-xx-6076

|        | This Check | Year to Date |         | Hours | Rate  | Total  |
|--------|-----------:|-------------:|---------|------:|------:|-------:|
| Gross  |     688.10 |    15,189.16 | Regular | 49.15 | 14.00 | 688.10 |
| Fed Income | -71.03 |    -1,707.22 |         |       |       |        |
| Soc Sec    | -42.66 |      -941.71 |         |       |       |        |
| Medicare   |  -9.98 |      -220.25 |         |       |       |        |
| State      | -20.13 |      -476.78 |         |       |       |        |

Net Check: $544.30    Total    49.15    688.10

Pay Period Beginning: May 10, 2010
Pay Period Ending: May 16, 2010

Check Date: 5/18/10
Weeks in Pay Period: 1

Check Number: 8914