# United States Bankruptcy Court

## District of Vermont



Filed & Entered
On Docket
May 28, 2010

In re:
Eric Cyril LaPlume
Last four digits of Social–Security No or other Individual
Taxpayer–Identification No (ITIN): xxx–xx–6076
Debtor.

Case Number: 10–10667 cab
Chapter: 7

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

**IT IS ORDERED** that the debtor's "Application for Waiver of the Chapter 7 Filing Fee" be:

    [X] DENIED.

    Debtor's income is above 150% of the federal poverty guidelines.

**IT IS FURTHER ORDERED** that:

    The debtor must begin making installment payments according to the following terms:

    $75.00 on or before June 14, 2010

    $75.00 on or before June 28, 2010

    $75.00 on or before July 27, 2010

    $74.00 on or before August 26, 2010

**IT IS FURTHER ORDERED** that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Checks or money orders should be made payable to: **U.S. Bankruptcy Court** at the address in the lower left corner. Note that the court will not accept as payment the personal check or credit card of the person filing the petition.

IF THE DEBTOR FAILS TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

Dated: May 28, 2010

                                                               Colleen A. Brown
                                                               United States Bankruptcy Judge

United States Bankruptcy Court
District of Vermont
67 Merchants Row
P.O. Box 6648
Rutland, VT 05702–6648

Tel. (802) 776–2000
VCIS* (800) 260–9956
* Voice Case Information System
http://www.vtb.uscourts.gov
Form 132 – jbk