# United States Bankruptcy Court

## District of Vermont



Filed & Entered
On Docket
May 28, 2010

In re:
    Eric Cyril LaPlume
    Last four digits of Social–Security No or other Individual      Case Number: 10–10667 cab
    Taxpayer–Identification No (ITIN): xxx–xx–6076      Chapter: 7
                         Debtor.

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

**IT IS ORDERED** that the debtor's "Application for Waiver of the Chapter 7 Filing Fee" be:

    [X] DENIED.

    Debtor's income is above 150% of the federal poverty guidelines.

**IT IS FURTHER ORDERED** that:

    The debtor must begin making installment payments according to the following terms:

    $75.00 on or before June 14, 2010

    $75.00 on or before June 28, 2010

    $75.00 on or before July 27, 2010

    $74.00 on or before August 26, 2010

**IT IS FURTHER ORDERED** that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Checks or money orders should be made payable to: **U.S. Bankruptcy Court** at the address in the lower left corner. Note that the court will not accept as payment the personal check or credit card of the person filing the petition.

IF THE DEBTOR FAILS TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

Dated: May 28, 2010

                                                         Colleen A. Brown
                                                         United States Bankruptcy Judge

United States Bankruptcy Court          Tel. (802) 776–2000
District of Vermont          VCIS* (800) 260–9956
67 Merchants Row          * Voice Case Information System
P.O. Box 6648          http://www.vtb.uscourts.gov
Rutland, VT 05702–6648          Form 132 – jbk

# CERTIFICATE OF NOTICE

```
District/off: 0210-5          User: jbk              Page 1 of 1             Date Rcvd: May 28, 2010
Case: 10-10667                Form ID: 132           Total Noticed: 1
```

The following entities were noticed by first class mail on May 30, 2010.
db            +Eric Cyril LaPlume,   908 Elm St,   Derby, VT 05830-8733

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 30, 2010**              **Signature:**     _/s/ Joseph Speetjens_